[No. 72063-5-I. Division Three. August 10, 2015.]

*In the Matter of the Marriage of* GILLIAN BEN-ARTZI, *Respondent*, and ERIC BEN-ARTZI, *Appellant*.

by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ.

[Nos. 72235-2-I; 72236-1-I. Division One. August 10, 2015.]

COMMON SENSE ALLIANCE ET AL., *Appellants*, v. GROWTH MANAGEMENT HEARINGS BOARD, *Defendant*, and SAN JUAN COUNTY, *Respondent*.

by unpublished opinion per Becker, J., concurred in by Appelwick and Leach, JJ.

[No. 72244-1-I. Division One. August 10, 2015.]

BAYVIEW HEIGHTS OWNERS ASSOCIATION, *Appellant*, v. PHILADELPHIA INDEMNITY INSURANCE COMPANY ET AL., *Respondents*.

by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 72605-6-I. Division One. August 10, 2015.]

DONALD F. WOLPH ET AL., *Appellants*, v. LINDA JEAN SAPP, *as Personal Representative, Respondent*.

by unpublished opinion per Trickey, J., concurred in by Schindler and Leach, JJ.